UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ST. JULIAN BARANCO

VERSUS

CURTIS WILSON, ET AL.

CIVIL ACTION

18-785-SDD-EWD

## RULING AND ORDER OF DISMISSAL

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated November 30, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, this matter is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies. It is further ordered that, in the event the Petitioner seeks to pursue and appeal, a certificate of appealability is DENIED.

Baton Rouge, Louisiana the 13 day of December, 2018.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 9.